U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED: JUNE 05, 2008 |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, Plaintiff, v. SLOAN ELECTRIC, INC., JAMES L. SLOAN d/b/a SLOAN ELECTRIC; and STONECROFT OF MENDOTA, LLC., | | 08CV3260<br>JUDGE ST.EVE<br>MAGISTRATE JUDGE BROWN<br><br>DAJ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONTINENTAL WESTERN INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print)<br>ROBERT A. CHANEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert A. Chaney | |
| FIRM<br>Bollinger, Ruberry & Garvey | |
| STREET ADDRESS<br>500 West Madison Street, Suite 2300 | |
| CITY/STATE/ZIP<br>Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>318827 | TELEPHONE NUMBER<br>(312)466-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |