AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CONTINENTAL WESTERN INSURANCE
COMPANY,

|  |  |
|---|---|
| CASE NUMBER: | 08 CV 3260 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | St. Eve |

SLOAN ELECTRIC, INC., JAMES L. SLOAN
d/b/a SLOAN ELECTRIC; and STONECROFT
OF MENDOTA, LLC

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Brown |

TO: (Name and address of Defendant)

Sloan Electric, Inc.
c/o James L. Sloan
1008 Illinois Avenue
Mendota, IL  61342

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Chaney
Bollinger, Ruberry & Garvey
Citigroup Center
500 W. Madison Street - Suite 2300
Chicago, IL  60661

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**July 16, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 7-23-08 |

| NAME OF SERVER (PRINT) Jason Martin   416 | TITLE Deputy Sheriff |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): _Sloan Electric Inc / James Sloan / owner_

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 25.00 | TOTAL $ 25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-23-08 _____    _____ 416
                 Date              Signature of Server

700 Etna Rd. Ottawa, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.