AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CONTINENTAL WESTERN INSURANCE
COMPANY,

V.

SLOAN ELECTRIC, INC., JAMES L. SLOAN
d/b/a SLOAN ELECTRIC; and STONECROFT
OF MENDOTA, LLC

CASE NUMBER: 08 CV 3260

ASSIGNED JUDGE: St. Eve

DESIGNATED
MAGISTRATE JUDGE: Brown

TO: (Name and address of Defendant)

James L. Sloan
d/b/a Sloan Electric
1008 Illinois Avenue
Mendota, IL 61342

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert A. Chaney
Bollinger, Ruberry & Garvey
Citigroup Center
500 W. Madison Street - Suite 2300
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 16, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 7-23-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JASON MARTIN 416 | DEPUTY SHERIFF |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1008 Illinois Ave. Mendota, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $30.00 | $25.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-23-08
　　　　　　　　Date

Signature of Server

707 Etna Rd. Ottawa, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.