

UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY,<br>           Plaintiff,<br>vs.<br><br>SLOAN ELECTRIC, INC., JAMES L. SLOAN d/b/a SLOAN ELECTRIC, and STONECROFT OF MENDOTA, LLC<br>           Defendants. | )<br>)<br>)<br>)<br>)  Case. No.: 08 CV 3260<br>)<br>)  District Judge St. Eve<br>)<br>)  Magistrate Judge Brown<br>) |

### APPEARANCE

I enter my Appearance, pro se.

_____
James L. Sloan

**FILED**

AUG 0 8 2008  YM
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

James L. Sloan
1008 Illinois Avenue
Mendota, IL 61342
(815)539-6493