

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

```
FILED
AUG 0 8 2008  YM
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
```

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY,<br>　　　　　Plaintiff,<br>vs.<br>SLOAN ELECTRIC, INC., JAMES L. SLOAN d/b/a SLOAN ELECTRIC, and STONECROFT OF MENDOTA, LLC<br>　　　　　Defendants. | Case. No.: 08 CV 3260<br><br>District Judge St. Eve<br><br>Magistrate Judge Brown |

### ANSWER TO AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

Defendant, James L. Sloan, for his Answer to the Amended Complaint for Declaratory Judgment, states:

| | |
|---|---|
| 1. - 12. | Defendant admits the allegations in paragraphs 1 through 12. |
| 13. - 15. | Defendant denies the allegations in paragraphs 13 through 15. |
| 16. - 23. | Defendant admits the allegations in paragraphs 16 through 23. |
| 24. | The answers in paragraphs 1 through 23 above are realleged. |
| 25. - 26. | Defendant denies the allegations in paragraphs 25 and 26. |
| 27. | Defendant realleges his answers in paragraphs 1 through 26. |
| 28. - 29. | Defendant admits the allegations in paragraphs 28 and 29. |
| 30. | Defendant denies the allegations in paragraph 30. |
| 31. | Defendant realleges his answers in paragraphs 1 through 31. |
| 32. - 33. | Defendant admits the allegations in paragraphs 32 and 33. |
| 34. | Defendant denies the allegations in paragraph 34. |
| 35. | Defendant realleges his answers in paragraphs 1 through 34. |
| 36. | Defendant admits the allegations in paragraph 36. |

-2-

37.     Defendant denies the allegations in paragraph 37.

WHEREFORE, defendant prays that this Court dismiss the Amended Complaint for Declaratory Judgment and declare that Continental Western has a duty to defend defendant in connection with the lawsuit.

Respectfully submitted,

*James L. Sloan* (signature)

James L. Sloan

James L. Sloan
1008 Illinois Avenue
Mendota, IL 61342
(815) 539-6493

*Sloan Electric*
100B ILLINOIS AVE.
MENDOTA, ILLINOIS 61342-1644

BLOOMINGTON
IL 617 1 T
01 AUG 2008 PM

RECEIVED
AUG 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Bankruptcy Clerk
U.S. Bankruptcy Court
219 S. Dearborn
Chicago, IL 60601

60604+1735

