# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Continental Western Insurance Company

                                      Plaintiff,

v.                                                                        Case No.: 1:08–cv–03260

                                                                        Honorable Amy J. St. Eve

Sloan Electric, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's oral request for an extension of time is granted. Joint status report due by 9/15/2008. Initial status hearing set for 8/20/08 is stricken and reset to 9/18/08 at 8:30 a.m. in courtroom 1241. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.