## UNITED STATES DISTRICT COURT FOR THE NORTHERN
## DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 08 CV 3260 |
| SLOAN ELECTRIC, INC., JAMES L. SLOAN d/b/a SLOAN ELECTRIC; and STONECROFT OF MENDOTA, LLC, | ) ) ) ) | District Judge St. Eve

Magistrate Judge Brown |
| Defendants. | ) ) ) | |

### STIPULATION OF DISMISSAL OF STONECROFT OF MENDOTA, LLC

Continental Western Insurance Company ("Continental Western") and Stonecroft of

Mendota, LLC ("Stonecroft"), by their undersigned attorneys, hereby stipulate, pursuant to

Fed.R.Civ.P. 41(a),  to the dismissal of Stonecroft, with prejudice. In consideration for the

dismissal, Stonecroft agrees to be bound by the declaration of the Court in this action.

Stonecroft of Mendota, LLC

_____
By:  One of its Attorneys

Joshua J. Reever, Esq.
Halloin & Murdock. S.C.
839 N. Jefferson
Milwaukee, WI
(414) 732-2424
(414) 732-2422 (fax)

Continental Western Insurance Company

_____
By:  One of its attorneys

Jeffrey A. Goldwater, Esq.
Robert A. Chaney, Esq.
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, IL 60661
(312) 466-8000
(312) 466-8001 (fax)