UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 08 CV 3260 |
| SLOAN ELECTRIC, INC., JAMES L. SLOAN d/b/a SLOAN ELECTRIC; and STONECROFT OF MENDOTA, LLC, | ) ) ) ) ) | District Judge St. Eve<br><br>Magistrate Judge Brown |
| Defendants. | ) ) ) | |

## NOTICE OF FILING

TO:   All Counsel of Record

PLEASE TAKE NOTICE on September 8, 2008, we filed with the United States District Court for the Northern District of Illinois, Continental Western Insurance Company and Stonecroft of Mendota, LLC'S Stipulation of Dismissal of Stonecroft of Mendota, LLC.

Respectfully submitted,

_/s/ Robert A. Chaney_
By:   One of its attorneys

Robert A. Chaney, Esq.
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, IL 60661
Tel:   (312) 466-8000
Fax:   (312) 466-8001